# EXHIBIT B

# BELL SEMICONDUCTOR LLC'S ANALYSIS OF INFRINGEMENT

## U.S. Patent No. 7,007,259 – Ambarella

## Exemplary Claim 1

Bell Semiconductor ("Bell Semic") provides evidence of infringement of exemplary claim 1 of U.S. Patent No. 7,007,259 ("the '259 patent") in the following claim chart.

"Accused Products" as used herein refers to the Ambarella circuit designs and/or semiconductor products, including at least the CV25M-A0-RH A1919, that are made, produced, and/or processed by a design tool, such as a Cadence Design Systems, Inc.("Cadence"), Synopsys, Inc. ("Synopsys"), and/or Siemens Digital Industries Software (formerly Mentor Graphics) ("Siemens") tool,[1] by inserting dummy metal into a circuit design where dummy regions are prioritized such that the dummy regions located adjacent to clock nets are filled with dummy metal last. On information and belief, these design tools all function similarly with respect to the functionality described herein. For simplicity, the Cadence tool will be the primary tool cited herein to illustrate infringement of the claimed methods. These claim charts demonstrate infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publically available resources regarding the Accused Products, as Ambarella and relevant third parties have not yet provided any non-public information. An analysis of non-public technical documentation may assist in further identifying all infringing features and functionality. Accordingly, Bell Semic reserves the right to supplement this infringement analysis once such information is made available to Bell Semic. Furthermore, Bell Semic reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims or as other circumstances so merit.

Bell Semic contends that each element of each claim asserted herein is literally met, and would also be met under the doctrine of equivalents, as there are no substantial differences between the Accused Products and the elements of the patent claims in function, way, and result. If Ambarella attempts to argue that there is no literal infringement and/or if Ambarella attempts to draw any distinction between the claimed functionality and the Accused Products, then Bell Semic reserves the right to rebut the alleged distinction as a matter of literal infringement and/or as to whether any such distinction is substantial under the doctrine of equivalents.

Unless otherwise noted, the cited evidence applies across each of Ambarella's products that were made, produced, or processed from a circuit design using clock aware dummy fill, including but not limited to the CV25M-A0-RH A1919. Bell Semic reserves the right to amend this infringement analysis based on other products made, produced, or processed in the same or similar manner to that identified herein.

---

[1] Ambarella is a customer of at least Cadence, Synopsys, and Siemens, as demonstrated here: https://www.cadence.com/en_US/home/company/newsroom/press-releases/pr/2020/ambarella-adopts-cadence-clarity-3d-solver-for-ai-vision-process.html (Cadence); https://www.synopsys.com/dw/doc.php/ss/ambarrella_ss.pdf (Synopsys); https://www.techdesignforums.com/blog/2020/06/18/how-ambarella-met-the-demands-of-automotive-dft/ (Siemens).

# BELL SEMICONDUCTOR LLC'S ANALYSIS OF INFRINGEMENT

Ambarella is the producer and/or seller of the reference above, as demonstrated by the following package image for the CV25M-A0-RH A1919.



CLAIM CHART
AMBARELLA
U.S. Patent No. 7,007,259

| Claim 1 | Accused Products |
|---|---|
| 1. A method for inserting dummy metal into a circuit design, the circuit design including a plurality of objects and clock nets, the method comprising: | To the extent the preamble is limiting, the Accused Products are made, produced, or processed by performing a method for inserting dummy metal into a circuit design, the circuit design including a plurality of objects and clock nets.<br><br>The Accused Products are made, produced, or processed by design tools from at least one of Cadence, Synopsys, and Siemens to insert dummy metal into a circuit design, where the circuit design includes a plurality of objects and clock nets.<br><br>**Timing-Aware Metal Fill**<br><br>When it adds a timing-aware metal fill, the Innovus software avoids adding the fill near clock and signal nets and adds more near the power and ground nets.<br><br>The software assigns a high cost to adding a metal fill near clock nets, a moderate cost to adding it near signal nets, and zero cost to adding it near power and ground nets. It adds the fill, based on the cost, to achieve the preferred metal density with the least effect on timing.<br><br><br><br>The software adds timing-aware metal fill by default.<br>*See Innovus User Guide product version 20.10, March 2020, page 709.* |

CLAIM CHART
AMBARELLA
U.S. Patent No. 7,007,259

| | |
|---|---|
| | ## Integration |
| | While regular planarization is critical, metal fill can also negatively affect timing due to increased coupling capacitance in the nearby nets. So, it is paramount for the designer to consider the metal fill without impacting timing-critical nets. In order to overcome this shortcoming, the fill needs to be timing-aware, which is also needed when an engineering change order (ECO) arrives late in the design cycle—the ECOs make it indispensable for the designer to change the layout and fill around the affected area. Thus, it is imperative that the fill method should allow easy removal of and re-insertion without violating timings of the nearby nets. <br><br> *See* [https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/digital-design-signoff/pegasus-tb.pdf](https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/digital-design-signoff/pegasus-tb.pdf) *, page 2.* |

CLAIM CHART
AMBARELLA
U.S. Patent No. 7,007,259



Figure 4. Metal Fill steps in timing closure flow

CLAIM CHART
AMBARELLA
U.S. Patent No. 7,007,259

|  | The solution to this is to allow the ECO steps to ignore the existing dummy metal fill geometries allowing them to cause shorts and/or DRC violations, then repair those violations. Also, where original signal geometries were removed due to deletions in the ECO process, dummy metal fill can be added to get those areas back to the desired metal density. This improves the ECO flow in two ways: a.) Timing characteristics in areas that were not affected by the ECO are unchanged during the repair process. b.) The overall time to complete the ECO including handling of the metal fill effects is reduced, both because the steps themselves are faster and the reduction in iterations from improvement in a). *See X.Dong; et. al., New Metal Fill Considerations For Nanometer Technologies, ASICON 2005 (6th International Conf.), page 807.* Xiaopeng Dong, Inhwan Seo and William Kao  IC Digital R&D  Cadence Design Systems Inc., 555 River Oaks Parkway, San Jose, CA 95134  These same steps are carried out by Synopsys and Siemens: 1. *See IC Compiler II Implementation User Guide, Version Q-2019.12-SP4, June 2020, page 544.* 2. *See https://www.synopsys.com/content/dam/synopsys/implementation&signoff/white-papers/icv_signoff_metalfill_wp.pdf, page 3.* 3. *See https://www.synopsys.com/content/dam/synopsys/implementation&signoff/white-papers/icv_signoff_metalfill_wp.pdf, page 4.* 4. *See http://soiconsortium.eu/wp-content/uploads/2018/10/2017_0616_GF-Fill-Flows-with-Calibre-DAC2017_v1.4-FINAL.pdf, page 11-13.* |
|--------|--------|

CLAIM CHART
AMBARELLA
U.S. Patent No. 7,007,259

| | |
|---|---|
| | For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was made, produced, or processed from that circuit design created using one of the above-identified and described design tools to insert dummy metal into a circuit design, where the circuit design includes a plurality of objects and clock nets. On information and belief, the CV25M-A0-RH A1919 includes a plurality of objects and a clock that requires a clock net. |
| (a) identifying free spaces on each layer of the circuit design suitable for dummy metal insertion as dummy regions; and | The Accused Products are made, produced, or processed from a circuit design that identifies free spaces on each layer of the circuit design suitable for dummy metal insertion as dummy regions. <br><br> The software uses parameters specified in the LEF file or the fill commands to analyze the density and determine the size and position of the fill. It divides the design into windows and adds metal or cuts to the open areas in each window until the metal and cut densities meet the density requirements. <br> *See Innovus User Guide product version 20.10, March 2020, page 705.* <br><br> **Timing-Aware Metal Fill** <br><br> When it adds a timing-aware metal fill, the Innovus software avoids adding the fill near clock and signal nets and adds more near the power and ground nets. <br><br> The software assigns a high cost to adding a metal fill near clock nets, a moderate cost to adding it near signal nets, and zero cost to adding it near power and ground nets. It adds the fill, based on the cost, to achieve the preferred metal density with the least effect on timing. <br><br>  <br><br> The software adds timing-aware metal fill by default. <br> *See Innovus User Guide product version 20.10, March 2020, page 709.* |

CLAIM CHART
AMBARELLA
U.S. Patent No. 7,007,259

| | |
|---|---|
| | **Pegasus Verification's Incremental Metal Fill/Incremental Quantus Extraction's RC Extraction** |
| | When the initial signoff metal fill generation, RC extraction, |
| | timing analysis, and ECO are performed, some wiring |
| | patterns disappear, while some new patterns are |
| | generated. The newly added wiring pattern will cause a |
| | DRC violation between the initial metal fill and may be |
| | required to be removed. So, it is also essential to add metal |
| | fill to the empty spaces of the disappearing patterns of |
| | wires. |
| | *See* https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/digital-design-signoff/pegasus-tb.pdf, *page 4.* |
| | In this approach we assign different costs to different set of nets according to timing criticality. Fills not close to any nets or close to regular nets have the lowest cost. Next fills with proximity to power/ground nets will have higher costs. Finally fills close to clock nets or critical nets will have the highest costs. Based on this cost system we can minimize the parasitic impact from metal fill for both same layer and interlayer. In addition a tight integration with a |

CLAIM CHART
AMBARELLA
U.S. Patent No. 7,007,259

timing engine is built in to use the critical nets information combined with the timing aware to feed the critical nets information into timing aware metal fill. Figure 1 shows a simple layout to illustrate the cost based timing aware metal fill. In this figure the fill candidate that is closest to clock net CLK has been assigned the highest cost of three. The fill candidate close to a power net VDD has been assigned a relative lower cost of two and the fill candidate that is far away from both power and clock nets has been assigned the lowest cost of one. The fill with lowest cost of one will be picked first and then the fill candidate with cost of two and lastly the one with cost of three which will be avoided if minimum density is met.



Figure 1. Cost based timing aware metal fill

*See X.Dong; et. al., <u>New Metal Fill Considerations For Nanometer Technologies</u>, ASICON 2005 (6th International Conf.), page 805.*

Xiaopeng Dong, Inhwan Seo and William Kao

IC Digital R&D
Cadence Design Systems Inc., 555 River Oaks Parkway, San Jose, CA 95134

CLAIM CHART
AMBARELLA
U.S. Patent No. 7,007,259



Figure 4. Metal Fill steps in timing closure flow

CLAIM CHART
AMBARELLA
U.S. Patent No. 7,007,259

<table>
<tr>
<td></td>
<td>

The solution to this is to allow the ECO steps to ignore the existing dummy metal fill geometries allowing them to cause shorts and/or DRC violations, then repair those violations. Also, where original signal geometries were removed due to deletions in the ECO process, dummy metal fill can be added to get those areas back to

the desired metal density. This improves the ECO flow in two ways:

a.) Timing characteristics in areas that were not affected by the ECO are unchanged during the repair process.

b.) The overall time to complete the ECO including handling of the metal fill effects is reduced, both because the steps themselves are faster and the reduction in iterations from improvement in a).

*See X.Dong; et. al., New Metal Fill Considerations For Nanometer Technologies, ASICON 2005 (6th International Conf.), page 807.*

Xiaopeng Dong, Inhwan Seo and William Kao

IC Digital R&D
Cadence Design Systems Inc., 555 River Oaks Parkway, San Jose, CA 95134

These same steps are carried out by Synopsys:
1. *See IC Compiler II Implementation User Guide, Version Q-2019.12-SP4, June 2020, page 544-545.*
2. *See* https://www.eetimes.com/in-design-metal-fill-key-to-physical-verification-turnaround-time-for-advanced-ic-designs/.

These same steps are carried out by Siemens:

</td>
</tr>
</table>

CLAIM CHART
AMBARELLA
U.S. Patent No. 7,007,259

| | |
|---|---|
| | *1. See* <u>http://soiconsortium.eu/wp-content/uploads/2018/10/2017_0616_GF-Fill-Flows-with-Calibre-DAC2017_v1.4-FINAL.pdf</u>, *page 11-13.*<br><br>For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was made, produced, or processed from that circuit design created using one of the above-identified and described design tools such that free spaces are identified on each layer of the circuit design suitable for dummy metal insertion as dummy regions. As explained by semiconductor expert Lloyd Linder ("Linder") in Exhibit C cited herein, the placement of dummy fill first requires the identification of locations suitable to receive the fill. *See* Ex. C at ¶¶ 36, 37, 75–78, 80. |
| (b) prioritizing the dummy regions such that the dummy regions located adjacent to clock nets are filled with dummy metal last, thereby minimizing any timing impact on the clock nets. | The Accused Products are made, produced, or processed from a circuit design that prioritizes the dummy regions such that the dummy regions located adjacent to clock nets are filled with dummy metal last, thereby minimizing any timing impact on the clock nets.<br><br>**Timing-Aware Metal Fill**<br><br>When it adds a timing-aware metal fill, the Innovus software avoids adding the fill near clock and signal nets and adds more near the power and ground nets.<br><br>The software assigns a high cost to adding a metal fill near clock nets, a moderate cost to adding it near signal nets, and zero cost to adding it near power and ground nets. It adds the fill, based on the cost, to achieve the preferred metal density with the least effect on timing.<br><br><br><br>The software adds timing-aware metal fill by default. |

CLAIM CHART
AMBARELLA
U.S. Patent No. 7,007,259

|  | <ul><li>To add a non-timing aware metal fill, type the following command:<br>`addMetalFill  -timingAware off`</li><li>To use the Innovus common timing engine (CTE) for static timing analysis (STA), type the following command:<br>`addMetalFill -timingAware sta -slackThreshold  value`<br><br>If the timing graph is already built, the software adjusts the costs as a function of the slack (nets with the worst slack have the highest cost). For more information, see Timing Analysis.<br><br>When you run the software in the STA mode, it assigns costs to four categories of nets:</li><li>Clock nets are assigned the highest cost.</li><li>Signal nets that have a slack value less than the threshold are assigned a moderate cost. You can use `-slackThreshold` and `-extraCriticalNet` to choose critical signal nets.</li><li>Non-critical signal nets are assigned a small cost.</li><li>Power and ground nets (nets marked `+  USE POWER` or `+   USE GROUND` in the DEF file) are assigned zero cost.</li></ul>*See Innovus User Guide product version 20.10, March 2020, page 709-710.* |
|---|---|

CLAIM CHART
AMBARELLA
U.S. Patent No. 7,007,259

| | | |
|---|---|---|
| | A novel cost based timing aware metal fill algorithm has been implemented to minimize the timing impact from metal fill while meeting minimum density requirements.<br>In the current metal fill algorithm we do:<br>  For each region<br>    For each layer: Do until target density is met<br>      Generate metal fill candidate<br>      Calculate cost for each candidate.<br>        Cost = C (aSp, W, L)<br>      <u>Sort metal fill candidates by cost.</u><br>      Select candidate<br>    End for each layer<br>  End for each region<br><br>In this approach we assign different costs to different set of nets according to timing criticality. Fills not close to any nets or close to regular nets have the lowest cost. Next fills with proximity to power/ground nets will have higher costs. Finally fills close to clock nets or critical nets will have the highest costs. Based on this cost system we can minimize the parasitic impact from metal fill for both same layer and interlayer. In addition a tight integration with a<br><br>In this approach we assign different costs to different set of nets according to timing criticality. Fills not close to any nets or close to regular nets have the lowest cost. Next fills with proximity to power/ground nets will have higher costs. Finally fills close to clock nets or critical nets will have the highest costs. Based on this cost system we can minimize the parasitic impact from metal fill for both same layer and interlayer. In addition a tight integration with a | |

CLAIM CHART
AMBARELLA
U.S. Patent No. 7,007,259

timing engine is built in to use the critical nets information combined with the timing aware to feed the critical nets information into timing aware metal fill. Figure 1 shows a simple layout to illustrate the cost based timing aware metal fill. In this figure the fill candidate that is closest to clock net CLK has been assigned the highest cost of three. The fill candidate close to a power net VDD has been assigned a relative lower cost of two and the fill candidate that is far away from both power and clock nets has been assigned the lowest cost of one. The fill with lowest cost of one will be picked first and then the fill candidate with cost of two and lastly the one with cost of three which will be avoided if minimum density is met.



Figure 1. Cost based timing aware metal fill

*See X.Dong; et. al., New Metal Fill Considerations For Nanometer Technologies, ASICON 2005 (6th International Conf.), page 805.*

Xiaopeng Dong, Inhwan Seo and William Kao

IC Digital R&D
Cadence Design Systems Inc., 555 River Oaks Parkway, San Jose, CA 95134

CLAIM CHART
AMBARELLA
U.S. Patent No. 7,007,259



*Figure 3: The timing-aware, integrated metal fill design flow*

*See https://www.cadence.com/content/dam/cadence-www/global/en_US/documents/tools/digital-design-signoff/pegasus-tb.pdf, page 3.*

These same steps are carried out by Synopsys:
1. *See IC Compiler II Implementation User Guide , Version Q-2019.12-SP4, June 2020, page 544-546.*
2. *See https://www.synopsys.com/content/dam/synopsys/implementation&signoff/white-papers/icv_signoff_metalfill_wp.pdf, page 4.*

CLAIM CHART
AMBARELLA
U.S. Patent No. 7,007,259

|  | 3. See https://www.eetimes.com/in-design-metal-fill-key-to-physical-verification-turnaround-time-for-advanced-ic-designs/. |
|  |  |
|  | These same steps are carried out by Siemens: |
|  | 1. See http://soiconsortium.eu/wp-content/uploads/2018/10/2017_0616_GF-Fill-Flows-with-Calibre-DAC2017_v1.4-FINAL.pdf, page 11-13. |
|  |  |
|  | For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was made, produced, or processed from that circuit design created using one of the above-identified and described design tools to prioritize the dummy regions using "cost" such that the dummy regions located adjacent to clock nets are filled with dummy metal last because they are assigned a "high cost" compared to other regions that are assigned lower "cost." This minimizes any timing impact on the clock nets. See Ex. C at ¶¶ 36–37, 75, 77–79, 86–87. On information and belief, the CV25M-A0-RH A1919 includes a clock that requires a clock net. |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.