# **EXHIBIT E**

**BELL SEMICONDUCTOR LLC'S ANALYSIS OF INFRINGEMENT**

**U.S. Patent No. 6,436,807 – Ambarella**

**Exemplary Claim 1**

Bell Semiconductor ("Bell Semic") provides evidence of infringement of exemplary claim 1 of U.S. Patent No. 6,436,807 ( "the '807 patent") in the following claim chart.

"Accused Products" as used herein refers to the Ambarella circuit designs and/or semiconductor products, including at least the CV25M-A0-RH A1919, that are made, produced, and/or processed by a design tool, such as a Cadence Design Systems, Inc. ("Cadence"), Synopsys, Inc. ("Synopsys"), and/or Siemens Digital Industries Software (formerly Mentor Graphics) ("Siemens") tool,[1] by making a layout for an interconnect layer of a semiconductor device, where the layout facilitates uniformity of planarization during manufacture of the semiconductor device. On information and belief, these design tools all function similarly with respect to the functionality described herein. For simplicity, the Cadence tool will be the primary tool cited herein to illustrate infringement of the claimed methods. These claim charts demonstrate infringement by comparing each element of the asserted claims to corresponding components, aspects, and/or features of the Accused Products. These claim charts are not intended to constitute an expert report on infringement. These claim charts include information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Products, as Ambarella and relevant third parties have not yet provided any non-public information. An analysis of non-public technical documentation may assist in further identifying all infringing features and functionality. Accordingly, Bell Semic reserves the right to supplement this infringement analysis once such information is made available to Bell Semic. Furthermore, Bell Semic reserves the right to revise this infringement analysis, as appropriate, upon issuance of a court order construing any terms recited in the asserted claims or as other circumstances so merit.

Bell Semic contends that each element of each claim asserted herein is literally met, and would also be met under the doctrine of equivalents, as there are no substantial differences between the Accused Products and the elements of the patent claims in function, way, and result. If Ambarella attempts to argue that there is no literal infringement and/or if Ambarella attempts to draw any distinction between the claimed functionality and the Accused Products, then Bell Semic reserves the right to rebut the alleged distinction as a matter of literal infringement and/or as to whether any such distinction is substantial under the doctrine of equivalents.

Unless otherwise noted, the cited evidence applies across each of Ambarella's products that were made, produced, or processed from a circuit design using clock aware dummy fill, including but not limited to the CV25M-A0-RH A1919. Bell Semic reserves the right to amend this infringement analysis based on other products made, produced, or processed in the same or similar manner to that identified herein.

---

[1] Ambarella is a customer of at least Cadence, Synopsys, and Siemens, as demonstrated here: https://www.cadence.com/en_US/home/company/newsroom/press-releases/pr/2020/ambarella-adopts-cadence-clarity-3d-solver-for-ai-vision-process.html (Cadence); https://www.synopsys.com/dw/doc.php/ss/ambarrella_ss.pdf (Synopsys); https://www.techdesignforums.com/blog/2020/06/18/how-ambarella-met-the-demands-of-automotive-dft/ (Siemens).

Ambarella is the producer and/or seller of the reference above, as demonstrated by the following package image for the CV25M-A0-RH A1919.



CLAIM CHART
AMBARELLA
U.S. Patent No. 6,436,807

| Claim 1 | Accused Products |
|---|---|
| 1. A method for making a layout for an interconnect layer of a semiconductor device to facilitate uniformity of planarization during manufacture of the semiconductor device, the method comprising the steps of: | To the extent the preamble is limiting, the Accused Products are made, produced, or processed by performing a method for making a layout for an interconnect layer of a semiconductor device to facilitate uniformity of planarization during manufacture of the semiconductor device.<br><br>The Accused Products are made, produced, or processed by design tools from at least one of Cadence, Synopsys, and Siemens to make a layout for an interconnect layer of a semiconductor device, where the layout facilitates uniformity of planarization during manufacture of the semiconductor device.<br><br>Metal fill, also called dummy metal, is used to make the metal density more uniform by adding small, floating, metal-fill shapes in empty areas. You can either use Innovus to add metal fill, or use a physical verification tool. The Innovus metal fill can meet the DRC rules for older process nodes, but for newer process nodes such as 28nm and below, the Innovus metal-fill rules are generally not sufficient and you must use physical verification tools. Metal fill has some special DRC rules in addition to the normal metal shapes that are defined in the technology LEF file. These are listed below.<br>*See Innovus User Guide product version 20.10, March 2020, page 124.*<br><br>For example, Ambarella creates circuit designs for the CV25M-A0-RH A1919, which were made, produced, or processed from circuit designs created using one of the above-identified and described design tools to make a layout for an interconnect layer to facilitate uniformity of planarization during manufacture. On information and belief, the CV25M-A0-RH A1919 is a high performance product, which indicates that the CV25M-A0-RH A1919 would include a layout for an interconnect layer that facilitates uniformity of planarization during manufacture. This is explained by semiconductor expert Lloyd Linder ("Linder") in Exhibit C cited herein, *See* Ex. C at ¶¶ 74-76, 83-86. |

CLAIM CHART
AMBARELLA
U.S. Patent No. 6,436,807

| | |
|---|---|
| determining an active interconnect feature density for each of a plurality of layout regions of the interconnect layout; and | The Accused Products are made, produced, or processed from a circuit design that determines an active interconnect feature density for each of a plurality of layout regions of the interconnect layout.<br><br>The Accused Products are made, produced, or processed by design tools from at least one of Cadence, Synopsys, and Siemens to make a determine an active interconnect feature density for each of a plurality of layout regions of the interconnect layout.<br><br>Metal fill, also called dummy metal, is used to make the metal density more uniform by adding small, floating, metal-fill shapes in empty areas.<br><br>After metal fills are inserted, use the `verifyMetalDensity` command to verify the metal density rules defined in the technology LEF file and by the setMetalFill command.<br>*See Innovus User Guide product version 20.10, March 2020, page 124.*<br><br>The software uses parameters specified in the LEF file or the fill commands to analyze the density and determine the size and position of the fill. It divides the design into windows and adds metal or cuts to the open areas in each window until the metal and cut densities meet the density requirements.<br>*See Innovus User Guide product version 20.10, March 2020, page 705.*<br><br>For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was made, produced, or processed from circuit designs created using one of the above-identified and described design tools that analyze the density for each of the plurality of areas of the interconnect layout. *See* Ex. C at ¶¶ 74-76, 83-86. |
| adding dummy fill features to each layout region to obtain a desired density of active interconnect features and dummy fill features to facilitate uniformity of | The Accused Products are made, produced, or processed from a circuit design that adds dummy fill features to each layout region to obtain a desired density of active interconnect features and dummy fill features to facilitate uniformity of planarization during manufacturing of the semiconductor device. |

CLAIM CHART
AMBARELLA
U.S. Patent No. 6,436,807

| | |
|---|---|
| planarization during manufacturing of the semiconductor device, | The Accused Products are made, produced, or processed by design tools from at least one of Cadence, Synopsys, and Siemens to add dummy fill features to each layout region to obtain a desired density of active interconnect features and dummy fill features to facilitate uniformity of planarization during manufacturing of the semiconductor device.<br><br>Metal fill, also called dummy metal, is used to make the metal density more uniform by adding small, floating, metal-fill shapes in empty areas.<br><br>After metal fills are inserted, use the `verifyMetalDensity` command to verify the metal density rules defined in the technology LEF file and by the setMetalFill command.<br>*See Innovus User Guide product version 20.10, March 2020, page 124.*<br><br>The dielectric layers in chip designs often vary in thickness due to the different patterns of metal on successive metal layers. These variations reduce yield and impact chip performance. To minimize these, you can add inactive metal segments, called metal fills, to the open areas of the design. The metal fill makes the topology of the metal layers more uniform, which reduces the variations in metal density.<br>*See Innovus User Guide product version 20.10, March 2020, page 705.*<br><br>Metal fill, also called dummy metal, is used to make the metal density more uniform by adding small, floating, metal-fill shapes in empty areas. You can either use Innovus to add metal fill, or use a physical verification tool. The Innovus metal fill can meet the DRC rules for older process nodes, but for newer process nodes such as 28nm and below, the Innovus metal-fill rules are generally not sufficient and you must use physical verification tools. Metal fill has some special DRC rules in addition to the normal metal shapes that are defined in the technology LEF file. These are listed below.<br>*See Innovus User Guide product version 20.10, March 2020, page 124.*<br><br>The software uses parameters specified in the LEF file or the fill commands to analyze the density and determine the size and position of the fill. It divides the design into windows and adds metal or cuts to the open areas in each window until the metal and cut densities meet the density requirements.<br>*See Innovus User Guide product version 20.10, March 2020, page 705.*<br><br>For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was made, produced, or processed from circuit designs created using one of the above-identified |

CLAIM CHART
AMBARELLA
U.S. Patent No. 6,436,807

| | |
|---|---|
| | and described design tools that add dummy metal to each area to obtain a meet the density requirements/rules to facilitate uniformity of planarization during the device's manufacture. *See* Ex. C at ¶¶ 74-76, 83-86. |
| the adding comprising defining a minimum dummy fill feature lateral dimension based upon a dielectric layer deposition bias for a dielectric layer to be deposited over the interconnect layer. | The Accused Products are made, produced, or processed from a circuit design, where the addition of dummy fill features comprise defining a minimum dummy fill feature lateral dimension based upon a dielectric layer deposition bias for a dielectric layer to be deposited over the interconnect layer.<br><br>The Accused Products are made, produced, or processed by design tools from at least one of Cadence, Synopsys, and Siemens to add dummy fill features by defining a minimum dummy fill feature lateral dimension based upon a dielectric layer deposition bias for a dielectric layer to be deposited over the interconnect layer.<br><br>The dielectric layers in chip designs often vary in thickness due to the different patterns of metal on successive metal layers. These variations reduce yield and impact chip performance. To minimize these, you can add inactive metal segments, called metal fills, to the open areas of the design. The metal fill makes the topology of the metal layers more uniform, which reduces the variations in metal density.<br><br>*See Innovus User Guide product version 20.10, March 2020, page 705.* |

CLAIM CHART
AMBARELLA
U.S. Patent No. 6,436,807

| | |
|---|---|
| | **Adding Metal Fill Using the GUI**<br><br>1. Determine the minimum and maximum size for metal fill shapes for each layer, then set these values on the *Size & Spacing* page of the Setup Metal Fill form.<br>   - If you are using rectangular metal fill, use the *Rectangle Length* and *Metal Fill Width* values.<br>   - If you are using square metal fill, use the *Metal Fill Width* and *Square Decrement* values.<br>2. Determine the spacing around metal fill shapes for each layer, then set the value on the *Size & Spacing* page of the Setup Metal Fill form. You must set two types of spacing values:<br>   - Spacing between a metal fill shape and an active metal shape. An active metal shape can be a signal wire, a power wire, a cell, a pin, or any other structure that is not classified as a fillwire.<br>   - Spacing between a metal fill shape and another metal fill shape.<br>3. Determine the minimum, maximum, preferred, and external metal density for each layer, then set these values on the *Window & Density* page of the Setup Metal Fill form.<br>4. Use the Verify Metal Density form to create a `Verify Density` report.<br>5. Locate an area in the design for which metal density is too low, then select that area on the Add Metal Fill form.<br>6. Determine whether you want metal fill to be square or rectangular, then choose the appropriate value on the Add Metal Fill form.<br>7. Click *OK* or *Apply* on the Add Metal Fill form to add metal fill shapes to the area that you specified.<br><br>Metal fill can be added iteratively with different parameter settings. You can specify a name for a set of values for `setMetalFill` parameters.<br><br>`setMetalFill -iterationName file_step1 -layer Metal1 -minDensity 15 -windowSize 100 100 -windowStep 50 50`<br><br>You can also save the iteration file using GUI. To do so, open the *Setup Metal Fill Options* form, specify the parameters in the form, key in a file name, such as `file_step1`, in the *Iteration Name* text box, and click *OK*. |

CLAIM CHART
AMBARELLA
U.S. Patent No. 6,436,807

| | |
|---|---|
| | 
*See Innovus User Guide product version 20.10, March 2020, page 726.*

For example, Ambarella creates a circuit design for the CV25M-A0-RH A1919, which was made, produced, or processed from circuit designs created using one of the above-identified and described design tools that add dummy fill features by defining a size, spacing, and/or window & density for a dielectric layer to be deposited over the interconnect layer. *See* Ex. C at ¶¶ 74-76, 83-86. |

**Caveat**: The notes and/or cited excerpts utilized herein are set forth for illustrative purposes only and are not meant to be limiting in any manner. For example, the notes and/or cited excerpts, may or may not be supplemented or substituted with different excerpt(s) of the relevant reference(s), as appropriate. Further, to the extent any error(s) and/or omission(s) exist herein, all rights are reserved to correct the same.