UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BELL SEMICONDUCTOR, LLC,

    Plaintiff,

vs.

AMBARELLA, INC.,

    Defendant.

Case No. 3:22-cv-273

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) REQUIRING THE PARTIES TO MEET AND CONFER; (2) ORDERING THE PARTIES TO FILE THEIR FED. R. CIV. P. 26(f) REPORT ON OR BEFORE DECEMBER 5, 2022; AND (3) ORDERING THE PARTIES TO MAKE INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1) AND S.D. OHIO LOC. PATENT R. 103.1 ON OR BEFORE NOVEMBER 21, 2022**

---

Pursuant to Fed. R. Civ. P. 16, Fed. R. Civ. P. 26(f), and S.D. Ohio Loc. Patent R. 102.1(a), the parties are **ORDERED** to informally confer in good faith and prepare a report as required by Fed. R. Civ. P. 26(f).[1] Considering that this is a patent case, the parties are directed to the Local Patent Rules. The parties are further directed to comply with the requirements in S.D. Ohio Loc. Patent R. 102.1 when they conduct their informal Rule 26(f) conference.

The parties' Rule 26(f) report shall be filed with the Court on or before **December 5, 2022**. Unless otherwise agreed to by the parties in their Rule 26(f) Report, initial disclosures must be made as required by Rule 26(a)(1) and S.D. Ohio Loc. Patent R. 103.1. Rule 26(a)(1) initial disclosures must be served upon all parties in the case **by November 21, 2022** and should not be filed with the Court unless submitted in support of a motion.

The parties are **ADVISED** that failure to comply with any provision of this Order may result in appropriate sanctions including, but not limited to, dismissal of this action or the entry of

---

[1] A form Rule 26(f) Report of the Parties (applicable to the Western Division at Dayton) is accessible on the Court's website at http://www.ohsd.uscourts.gov/ohio-southern-district-forms.

a default judgment pursuant to Rule 16(f) and Rule 37(b)(2)(A).

**IT IS SO ORDERED.**

Date:   November 7, 2022               s/Michael J. Newman
                                       Hon. Michael J. Newman
                                       United States District Judge